# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:

SOLIS, LUIS E
SOLIS, DINORAH

          Debtor(s)

Case No. 07-70853

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/11/2007. The undersigned trustee was appointed on 04/11/2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 60,050.14 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 115.24 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 7,500.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 52,434.90 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/18/2009 and the deadline for filing governmental claims was 02/18/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,877.51 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,877.51 , for a total compensation of $ 5,877.51 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/03/2010          By: /s/DANIEL M. DONAHUE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 07-70853 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SOLIS, LUIS E | | | Date Filed (f) or Converted (c): | 04/11/07 (f) |
| | SOLIS, DINORAH | | | 341(a) Meeting Date: | 05/10/07 |
| For Period Ending: | 11/03/10 | | | Claims Bar Date: | 02/18/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 2. Books and pictures | 40.00 | 0.00 | DA | 0.00 | FA |
| 3. Wearing Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 4. Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Sports Equipment | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. Worker's Compensation | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Malpractice claim | 60,000.00 | 60,000.00 | | 60,000.00 | FA |
| 8. 2000 Ford Windstar | 3,800.00 | 0.00 | DA | 0.00 | FA |
| 9. 2004 Dodge Neon | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 50.14 | Unknown |
| TOTALS (Excluding Unknown Values) | $72,690.00 | $60,000.00 | | $60,050.14 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further to be done.

Initial Projected Date of Final Report (TFR): 12/01/09     Current Projected Date of Final Report (TFR): 12/01/10

LFORM1  UST Form 101-7-TFR (10/1/2010) (Page: 3)

Ver: 16.00a

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-70853 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SOLIS, LUIS E | Bank Name: | BANK OF AMERICA, N.A. |
| | SOLIS, DINORAH | Account Number / CD # | *******1101 MONEY MARKET |
| Taxpayer ID No: | *******4766 | | |
| For Period Ending: | 11/03/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/08 | 7 | LAW OFFICES OF DANIEL BAILEY | SETTLEMENT PROCEEDS | 1149-000 | 2,500.00 | | 2,500.00 |
| 10/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.03 | | 2,500.03 |
| 11/28/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.20 | | 2,500.23 |
| 12/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 2,500.36 |
| 01/15/09 | 7 | JP MORGAN CHASE | SETTLEMENT PROCEEDS | 1149-000 | 50,000.00 | | 52,500.36 |
| 01/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.33 | | 52,500.69 |
| 02/06/09 | 7 | ISBA MUTUAL INSURANCE COMPANY | SETTLEMENT FUNDS MARTAY DEFENDANT | 1149-000 | 7,500.00 | | 60,000.69 |
| 02/27/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.88 | | 60,001.57 |
| 03/31/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.02 | | 60,002.59 |
| 04/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.47 | | 60,005.06 |
| 05/29/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.54 | | 60,007.60 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 66.93 | 59,940.67 |
| 06/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.47 | | 59,943.14 |
| 07/31/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.55 | | 59,945.69 |
| 08/31/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.55 | | 59,948.24 |
| 09/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.46 | | 59,950.70 |
| 10/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.54 | | 59,953.24 |
| 11/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.47 | | 59,955.71 |
| 12/31/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.55 | | 59,958.26 |
| 01/29/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.54 | | 59,960.80 |
| 02/26/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.30 | | 59,963.10 |
| 03/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.55 | | 59,965.65 |
| 04/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.46 | | 59,968.11 |
| 05/28/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.54 | | 59,970.65 |
| 06/08/10 | 001001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 | Blanket Bond #016018067 | 2300-000 | | 48.31 | 59,922.34 |
| | | | | Page Subtotals | 60,037.58 | 115.24 | |

LFORM24  UST Form 101-7-TFR (10/1/2010) (Page: 4)

Ver: 16.00a

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 07-70853 -MLB |
|---|---|
| Case Name: | SOLIS, LUIS E |
| | SOLIS, DINORAH |
| Taxpayer ID No: | *******4766 |
| For Period Ending: | 11/03/10 |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1101 MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.47 | | 59,924.81 |
| 07/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.54 | | 59,927.35 |
| 08/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.55 | | 59,929.90 |
| 09/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.46 | | 59,932.36 |
| 10/18/10 | 001002 | LUIS AND DINAH SOLIS 1194 FARMERS NATIONAL DR BELVIDERE, IL 61008-9101 | | 8100-002 | | 7,500.00 | 52,432.36 |
| 10/29/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.54 | | 52,434.90 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 60,050.14 | 7,615.24 | 52,434.90 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 60,050.14 | 7,615.24 | |
| Less: Payments to Debtors | | | 7,500.00 | |
| Net | | 60,050.14 | 115.24 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS MONEY MARKET - *******1101 | 60,050.14 | 115.24 | 52,434.90 |
| | 60,050.14 | 115.24 | 52,434.90 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals: 12.56    7,500.00

## EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 07-70853  
Debtor Name: SOLIS, LUIS E  
Page 1  
Claim Class Sequence  
Date: November 03, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $16,908.33 | $0.00 | $16,908.33 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $1,888.68 | $0.00 | $1,888.68 |
| 069 8100-00 | LUIS AND DINORAH SOLIS<br>1194 FARMERS NATIONAL DR<br>BELVIDERE, IL 61008-9101 | Priority | | $7,500.00 | $0.00 | $7,500.00 |
| 000004 070 7100-00 | LVNV Funding LLC its successors and assigns as assignee of Citibank USA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $5,900.23 | $0.00 | $5,900.23 |
| 000005 070 7100-00 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $386.46 | $0.00 | $386.46 |
| 000006 070 7100-00 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $1,402.35 | $0.00 | $1,402.35 |
| 000007 070 7100-00 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba The GAP<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $304.12 | $0.00 | $304.12 |
| 000008 070 7100-00 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JC Penney Consumer<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $294.79 | $0.00 | $294.79 |
| 000009 070 7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $225.30 | $0.00 | $225.30 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 07-70853 | | Page 2 | | Date: November 03, 2010 | |
|---|---|---|---|---|---|
| Debtor Name: SOLIS, LUIS E | | Claim Class Sequence | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| 000010 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $1,236.67 | $0.00 | $1,236.67 |
| 000011 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $234.10 | $0.00 | $234.10 |
| 000012 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $382.66 | $0.00 | $382.66 |
| 000013 070 7100-00 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $4,136.83 | $0.00 | $4,136.83 |
| 000014 070 7100-00 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $906.78 | $0.00 | $906.78 |
| 000015 070 7100-00 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $6,452.57 | $0.00 | $6,452.57 |
| 000016 070 7100-00 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $799.21 | $0.00 | $799.21 |
| 000017 070 7100-00 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $2,444.68 | $0.00 | $2,444.68 |
| 000018 070 7100-00 | Chrysler Financial PO Box 551080 Jacksonville, FL 32255 | Unsecured | | $9,032.07 | $0.00 | $9,032.07 |
| 000019 070 7100-00 | Recovery Management Systems Corporation For GE Money Bank dba MOHAWK/GEMB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | $2,362.90 | $0.00 | $2,362.90 |
| 000001 050 4210-00 | Preferred Capital Lending, Inc. c/o Brian T. Garelli, Attorney 340 W. Butterfield Rd., #2A Elmhurst, Illinois 60126 | Secured | | $68,005.00 | $0.00 | $68,005.00 |

CREGISTR UST Form 101-7-TFR (10/1/2010) (Page 7)   Printed: 11/03/10 10:07 AM   Ver: 16.00a

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 07-70853  
Debtor Name: SOLIS, LUIS E  
Page 3  
Claim Class Sequence  
Date: November 03, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002 050 4210-00 | Preferred Capital Lending, Inc. c/o Brian T. Garelli, Attorney 340 W. Butterfield Rd., #2A Elmhurst, Illinois 60126 | Secured | | $68,005.00 | $0.00 | $68,005.00 |
| 000003 050 4210-00 | Joseph M. O'Callaghan O'Callaghan & Colleagues, PC 208 W. Washington St., #3591 Chicago, IL 60606-3591 | Secured | | $24,755.63 | $0.00 | $24,755.63 |
| | Case Totals: | | | $223,564.36 | $0.00 | $223,564.36 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-70853
Case Name: SOLIS, LUIS E
SOLIS, DINORAH
Trustee Name: DANIEL M. DONAHUE

Balance on hand $ 52,434.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Joseph M. O'Callaghan | $ 24,755.63 | $ 24,755.63 | $ 0.00 | $ 24,755.63 |

Total to be paid to secured creditors $ 24,755.63

Remaining Balance $ 27,679.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 5,877.51 | $ 0.00 | $ 5,877.51 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 16,908.33 | $ 0.00 | $ 16,908.33 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 1,888.68 | $ 0.00 | $ 1,888.68 |

Total to be paid for chapter 7 administrative expenses $ 24,674.52

Remaining Balance $ 3,004.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (10/1/2010) (Page: 9)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,501.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | LVNV Funding LLC its successors and assigns as | $ 5,900.23 | $ 0.00 | $ 485.70 |
| 000005 | LVNV Funding LLC its successors and assigns as | $ 386.46 | $ 0.00 | $ 31.81 |
| 000006 | LVNV Funding LLC its successors and assigns as | $ 1,402.35 | $ 0.00 | $ 115.44 |
| 000007 | Recovery Management Systems Corporation | $ 304.12 | $ 0.00 | $ 25.03 |
| 000008 | Recovery Management Systems Corporation | $ 294.79 | $ 0.00 | $ 24.27 |
| 000009 | Roundup Funding, LLC | $ 225.30 | $ 0.00 | $ 18.55 |
| 000010 | Roundup Funding, LLC | $ 1,236.67 | $ 0.00 | $ 101.80 |
| 000011 | Roundup Funding, LLC | $ 234.10 | $ 0.00 | $ 19.27 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Roundup Funding, LLC | $ 382.66 | $ 0.00 | $ 31.50 |
| 000013 | LVNV Funding LLC | $ 4,136.83 | $ 0.00 | $ 340.54 |
| 000014 | LVNV Funding LLC | $ 906.78 | $ 0.00 | $ 74.64 |
| 000015 | LVNV Funding LLC | $ 6,452.57 | $ 0.00 | $ 531.16 |
| 000016 | LVNV Funding LLC | $ 799.21 | $ 0.00 | $ 65.79 |
| 000017 | LVNV Funding LLC | $ 2,444.68 | $ 0.00 | $ 201.24 |
| 000018 | Chrysler Financial | $ 9,032.07 | $ 0.00 | $ 743.50 |
| 000019 | Recovery Management Systems Corporation | $ 2,362.90 | $ 0.00 | $ 194.51 |

Total to be paid to timely general unsecured creditors      $ 3,004.75

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE