UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § § | |
| SOLIS, LUIS E | § | Case No. 07-70853 |
| SOLIS, DINORAH | § § § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/08/2010 in Courtroom 115,
          United States Courthouse
          211 S. Court St.
          Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ Daniel M. Donahue
                                                Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:

SOLIS, LUIS E
SOLIS, DINORAH

Debtor(s)

Case No. 07-70853

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 60,050.14 |
| and approved disbursements of | $ | 7,615.24 |
| leaving a balance on hand of[1] | $ | 52,434.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Joseph M. O'Callaghan | $ 24,755.63 | $ 24,755.63 | $ 0.00 | $ 24,755.63 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 24,755.63 |
| Remaining Balance | $ | 27,679.27 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 5,877.51 | $ 0.00 | $ 5,877.51 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 16,908.33 | $ 0.00 | $ 16,908.33 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 1,888.68 | $ 0.00 | $ 1,888.68 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 24,674.52 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Remaining Balance $ 3,004.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,501.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | LVNV Funding LLC its successors and assigns as | $ 5,900.23 | $ 0.00 | $ 485.70 |
| 000005 | LVNV Funding LLC its successors and assigns as | $ 386.46 | $ 0.00 | $ 31.81 |
| 000006 | LVNV Funding LLC its successors and assigns as | $ 1,402.35 | $ 0.00 | $ 115.44 |
| 000007 | Recovery Management Systems Corporation | $ 304.12 | $ 0.00 | $ 25.03 |
| 000008 | Recovery Management Systems Corporation | $ 294.79 | $ 0.00 | $ 24.27 |
| 000009 | Roundup Funding, LLC | $ 225.30 | $ 0.00 | $ 18.55 |
| 000010 | Roundup Funding, LLC | $ 1,236.67 | $ 0.00 | $ 101.80 |
| 000011 | Roundup Funding, LLC | $ 234.10 | $ 0.00 | $ 19.27 |
| 000012 | Roundup Funding, LLC | $ 382.66 | $ 0.00 | $ 31.50 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | LVNV Funding LLC | $ 4,136.83 | $ 0.00 | $ 340.54 |
| 000014 | LVNV Funding LLC | $ 906.78 | $ 0.00 | $ 74.64 |
| 000015 | LVNV Funding LLC | $ 6,452.57 | $ 0.00 | $ 531.16 |
| 000016 | LVNV Funding LLC | $ 799.21 | $ 0.00 | $ 65.79 |
| 000017 | LVNV Funding LLC | $ 2,444.68 | $ 0.00 | $ 201.24 |
| 000018 | Chrysler Financial | $ 9,032.07 | $ 0.00 | $ 743.50 |
| 000019 | Recovery Management Systems Corporation | $ 2,362.90 | $ 0.00 | $ 194.51 |

Total to be paid to timely general unsecured creditors        $        3,004.75

Remaining Balance                                             $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Daniel M. Donahue
                                    Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2              Date Rcvd: Nov 10, 2010
Case: 07-70853                Form ID: pdf006             Total Noticed: 41

The following entities were noticed by first class mail on Nov 12, 2010.
db/jdb        +Luis E Solis,    Dinorah Solis,    1194 Farmers National Drive,    Belvidere, IL 61008-9101
aty            Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty           +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr             Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
11294893      +Advocate Medical Group,    701 Lee Street,    Des Plaines, Illinois 60016-4539
11294894       Advocate Medical Group,    c/o ICS,    Post Office Box 646,    Oak Lawn, IL 60454-0646
11294895       Bank of America,    Recovery Department,    Post Office Box 2278,    Norfolk, VA 23501-2278
11294898      +CB USA Sears,    Post Office Box 6189,    Sioux Falls, SD 57117-6189
13500906     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial,     PO Box 551080,    Jacksonville, FL 32255)
11294896       Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
11294897       Carson Pirie Scott,    Post Office Box 17633,    Baltimore, MD 21297-1633
11294899       Century Tile,    913 E. Rand Road,    Mt. Prospect, IL 60056
11294900      +Childrens Place/CB USA,    Post Office Box 6002,    Sioux Falls, SD 57117-6002
11294901      +Chrysler Financial,    901 Warrenville Rd., #500,    Lisle, IL 60532-4504
11294902       ComEd,    Attn.: Revenue Management,    2100 Swiss Drive,    Oak Brook, Illinois 60523
11294903       Dell Financial Services,    Post Office Box 81577,    Austin, TX 78708-1577
11294907       Holy Family ER Physicians,    c/o Revenue Prod. Mgmt.,    Post Office Box 925,
               Rosemont, IL 60018-0925
11294906      +Holy Family ER Physicians,    100 North River Rd.,    Des Plaines, IL 60016-1278
11294909      +Hy Cite Finance,    333 Holzman Road,    Madison, WI 53713-2109
11294910       J. C. Penney,    Post Office Box 533,    Dallas, Texas 75221-0533
11587543      +Joseph M. O’Callaghan,    O’Callaghan & Colleagues, PC,    208 W. Washington St., #3591,
               Chicago, IL 60606-3558
11294911      +Loyola University Physicians,    Collections Department,    2160 South First Avenue,
               Maywood, Illinois 60153-3328
11294912       Lutheran General Spine Center,    1875 Dempster Street, #425,    Park Ridge, IL 60068-1129
11294913      +Merchants Credit Guide,    223 W. Jackson Blvd., #900,    Chicago, IL 60606-6993
11294916      +Preferred Capital Lending, Inc.,     c/o Brian T. Garelli, Attorney,    340 W. Butterfield Rd., #2A,
               Elmhurst, Illinois 60126-5042
11294917      +SBC Ameritech Yellow Pages,    RH Donnelley,    1615 Bluff City Highway,    Bristol, TN 37620-6055
11294918      +Slumberland Furniture,    c/o Wells Fargo Financial,    Post Office Box 9121,
               Des Moines, IA 50306-9121
11294919      +Victoria’s Secret,    Post Office Box 659728,    San Antonio, TX 78265-9728
11294920       Zales Credit Plan,    Post Office box 689182,    Des Moines, IA 50368-9182
The following entities were noticed by electronic transmission on Nov 11, 2010.
11294904       E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2010 06:16:47      Exxon/Mobil,
               Post Office Box 103031,    Roswell, Georgia 30076
11294905       E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2010 06:16:47      GAP,   Post Office Box 530993,
               Atlanta, GA 30353-0993
11294908      +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2010 08:46:48      Home Depot,
               Monogram Credit Card Bk of GA,    7840 Roswell Rd., Bldg. 100, #210,
               Atlanta, Georgia 30350-6877
13499074       E-mail/Text: resurgentbknotifications@resurgent.com                         LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12973333       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12973323       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank USA,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11294914       E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2010 08:46:48      Mohawk/GEMB,
               Post Office Box 981127,    El Paso, TX 79998-1127
11294915       E-mail/Text: bankrup@nicor.com                         Nicor,    Post Office Box 2020,
               Aurora, Illinois 60507-2020
13003033      +E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2010 07:48:47
               Recovery Management Systems Corporation,    For GE Money Bank,    dba The GAP,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13003034      +E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2010 07:48:45
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JC Penney Consumer,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13514370      +E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2010 07:48:47
               Recovery Management Systems Corporation,    For GE Money Bank,    dba MOHAWK/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13072736       E-mail/PDF: BNCEmails@blinellc.com Nov 11 2010 09:17:03      Roundup Funding, LLC,   MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
11294892     ##+Advanced Skin & Mole Surgery,    4711 W. Golf Rd., #711,    Skokie, IL 60076-1245
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3         User: lorsmith          Page 2 of 2              Date Rcvd: Nov 10, 2010
Case: 07-70853               Form ID: pdf006         Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2010**                                  **Signature:**     /s/ Joseph Speetjens