UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | |
| --- | --- | --- |
| | § | |
| SOLIS, LUIS E | § | Case No. 07-70853 |
| SOLIS, DINORAH | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4)  This case was originally filed under chapter   on                 . The case was pending for     months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LUIS AND DINAH SOLIS |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chrysler Financial 901 Warrenville Rd., #500 Lisle, IL 60532-4319 |  |  |  |  |  |
| 000003 | JOSEPH M. O'CALLAGHAN |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | PREFERRED CAPITAL LENDING, INC. | | | | | |
| 000002 | PREFERRED CAPITAL LENDING, INC. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES,LTD. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Skin & Mole Surgery 4711 W. Golf Rd., #711 Skokie, IL 60076 | | | | | |
| | Advocate Medical Group 701 Lee Street Des Plaines, Illinois 60016 | | | | | |
| | Advocate Medical Group c/o ICS Post Office Box 646 Oak Lawn, IL 60454-0646 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Recovery Department Post Office Box 2278 Norfolk, VA 23501-2278 | | | | | |
| | CB USA Sears Post Office Box 6189 Sioux Falls, SD 57117 | | | | | |
| | CB USA Sears Post Office Box 6189 Sioux Falls, SD 57117 | | | | | |
| | CB USA Sears Post Office Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Capital One 1957 Westmoreland Road Post Office Box 26094 Richmond, VA 23260-6094 | | | | | |
| | Carson Pirie Scott Post Office Box 17633 Baltimore, MD 21297-1633 | | | | | |
| | Carson Pirie Scott Post Office Box 17633 Baltimore, MD 21297-1633 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd Attn.: Revenue Management 2100 Swiss Drive Oak Brook, Illinois 60523 | | | | | |
| | Dell Financial Services Post Office Box 81577 Austin, TX 78708-1577 | | | | | |
| | Exxon/Mobil Post Office Box 103031 Roswell, Georgia 30076 | | | | | |
| | Holy Family ER Physicians 100 North River Rd. Des Plaines, IL 60016 | | | | | |
| | Holy Family ER Physicians c/o Revenue Prod. Mgmt. Post Office Box 925 Rosemont, IL 60018-0925 | | | | | |
| | Hy Cite Finance 333 Holzman Road Madison, WI 53713-3944 | | | | | |
| | Loyola University Physicians Collections Department 2160 South First Avenue Maywood, Illinois 60153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lutheran General Spine Center 1875 Dempster Street, #425 Park Ridge, IL 60068-1129 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Blvd., #900 Chicago, IL 60606 | | | | | |
| | Mohawk/GEMB Post Office Box 981127 El Paso, TX 79998-1127 | | | | | |
| | Nicor Post Office Box 2020 Aurora, Illinois 60507-2020 | | | | | |
| | Preferred Capital Lending, Inc. c/o Brian T. Garelli, Attorney 340 W. Butterfield Rd., #2A Elmhurst, Illinois 60126 | | | | | |
| | SBC Ameritech Yellow Pages RH Donnelley 1615 Bluff City Highway Bristol, TN 37620 | | | | | |
| | Slumberland Furniture c/o Wells Fargo Financial Post Office Box 9121 Des Moines, IA 50306 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | CHRYSLER FINANCIAL | | | | | |
| 000013 | LVNV FUNDING LLC | | | | | |
| 000014 | LVNV FUNDING LLC | | | | | |
| 000015 | LVNV FUNDING LLC | | | | | |
| 000016 | LVNV FUNDING LLC | | | | | |
| 000017 | LVNV FUNDING LLC | | | | | |
| 000004 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000005 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000006 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000007 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000008 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000019 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | ROUNDUP FUNDING, LLC | | | | | |
| 000010 | ROUNDUP FUNDING, LLC | | | | | |
| 000011 | ROUNDUP FUNDING, LLC | | | | | |
| 000012 | ROUNDUP FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-70853 MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | SOLIS, LUIS E | | Date Filed (f) or Converted (c): | 04/11/07 (f) |
| | SOLIS, DINORAH | | 341(a) Meeting Date: | 05/10/07 |
| For Period Ending: | 02/24/11 | | Claims Bar Date: | 02/18/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 2. Books and pictures | 40.00 | 0.00 | DA | 0.00 | FA |
| 3. Wearing Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 4. Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Sports Equipment | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. Worker's Compensation | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Malpractice claim | 60,000.00 | 52,500.00 | | 60,000.00 | FA |
| 8. 2000 Ford Windstar | 3,800.00 | 0.00 | DA | 0.00 | FA |
| 9. 2004 Dodge Neon | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 52.88 | Unknown |
| TOTALS (Excluding Unknown Values) | $72,690.00 | $52,500.00 | | $60,052.88 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further to be done.

Initial Projected Date of Final Report (TFR): 12/01/09    Current Projected Date of Final Report (TFR): 12/01/10

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Ver: 16.01c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-70853 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SOLIS, LUIS E | | Bank Name: | BANK OF AMERICA, N.A. |
| | SOLIS, DINORAH | | Account Number / CD #: | *******1101  MONEY MARKET |
| Taxpayer ID No: | *******4766 | | | |
| For Period Ending: | 02/24/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/08 | 7 | LAW OFFICES OF DANIEL BAILEY | SETTLEMENT PROCEEDS | 1149-000 | 2,500.00 | | 2,500.00 |
| 10/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.03 | | 2,500.03 |
| 11/28/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.20 | | 2,500.23 |
| 12/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 2,500.36 |
| 01/15/09 | 7 | JP MORGAN CHASE | SETTLEMENT PROCEEDS | 1149-000 | 50,000.00 | | 52,500.36 |
| 01/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 0.33 | | 52,500.69 |
| 02/06/09 | 7 | ISBA MUTUAL INSURANCE COMPANY | SETTLEMENT FUNDS:  MARTAY DEFENDANT | 1149-000 | 7,500.00 | | 60,000.69 |
| 02/27/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 0.88 | | 60,001.57 |
| 03/31/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.02 | | 60,002.59 |
| 04/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.47 | | 60,005.06 |
| 05/29/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.54 | | 60,007.60 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA  70139 | Blanket Bond | 2300-000 | | 66.93 | 59,940.67 |
| 06/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.47 | | 59,943.14 |
| 07/31/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.55 | | 59,945.69 |
| 08/31/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.55 | | 59,948.24 |
| 09/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.46 | | 59,950.70 |
| 10/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.54 | | 59,953.24 |
| 11/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.47 | | 59,955.71 |
| 12/31/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.55 | | 59,958.26 |
| 01/29/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.54 | | 59,960.80 |
| 02/26/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.30 | | 59,963.10 |
| 03/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.55 | | 59,965.65 |
| 04/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.46 | | 59,968.11 |
| 05/28/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.54 | | 59,970.65 |
| 06/08/10 | 001001 | INTERNATIONAL SURETIES,LTD. 701 POYDRAS ST., STE. 420 | Blanket Bond #016018067 | 2300-000 | | 48.31 | 59,922.34 |

Page Subtotals     60,037.58     115.24

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-70853 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SOLIS, LUIS E | Bank Name: | BANK OF AMERICA, N.A. |
| | SOLIS, DINORAH | Account Number / CD #: | *******1101 MONEY MARKET |
| Taxpayer ID No: | *******4766 | | |
| For Period Ending: | 02/24/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.47 | | 59,924.81 |
| 07/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.54 | | 59,927.35 |
| 08/31/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.55 | | 59,929.90 |
| 09/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.46 | | 59,932.36 |
| 10/18/10 | 001002 | LUIS AND DINAH SOLIS | | 8100-002 | | 7,500.00 | 52,432.36 |
| | | 1194 FARMERS NATIONAL DR | | | | | |
| | | BELVIDERE, IL 61008-9101 | | | | | |
| 10/29/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.54 | | 52,434.90 |
| 11/30/10 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.17 | | 52,437.07 |
| 12/09/10 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.57 | | 52,437.64 |
| 12/09/10 | | Transfer to Acct #*******3354 | Final Posting Transfer | 9999-000 | | 52,437.64 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 60,052.88 | 60,052.88 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 52,437.64 | |
| Subtotal | | 60,052.88 | 7,615.24 | |
| Less: Payments to Debtors | | | 7,500.00 | |
| Net | | 60,052.88 | 115.24 | |

Page Subtotals  15.30  59,937.64

Ver: 16.01c

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

| Case No: | 07-70853 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SOLIS, LUIS E | | Bank Name: | BANK OF AMERICA, N.A. |
| | SOLIS, DINORAH | | Account Number / CD #: | *******3354  GENERAL CHECKING |
| Taxpayer ID No: | *******4766 | | | |
| For Period Ending: | 02/24/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/09/10 | | Transfer from Acct #*******1101 | Transfer In From MMA Account | 9999-000 | 52,437.64 | | 52,437.64 |
| 12/10/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 5,877.51 | 46,560.13 |
| 12/10/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 16,908.33 | 29,651.80 |
| 12/10/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 1,888.68 | 27,763.12 |
| 12/10/10 | 000103 | LVNV Funding LLC its successors and assigns as assignee of Citibank USA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000004, Payment 8.2% | 7100-000 | | 486.14 | 27,276.98 |
| 12/10/10 | 000104 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000005, Payment 8.2% | 7100-000 | | 31.84 | 27,245.14 |
| 12/10/10 | 000105 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000006, Payment 8.2% | 7100-000 | | 115.54 | 27,129.60 |
| 12/10/10 | 000106 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba The GAP<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000007, Payment 8.2% | 7100-000 | | 25.06 | 27,104.54 |
| 12/10/10 | 000107 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JC Penney Consumer | Claim 000008, Payment 8.2% | 7100-000 | | 24.29 | 27,080.25 |

Page Subtotals      52,437.64      25,357.39

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 07-70853 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | SOLIS, LUIS E | | Bank Name: | BANK OF AMERICA, N.A. |
| | SOLIS, DINORAH | | Account Number / CD #: | *******3354 GENERAL CHECKING |
| Taxpayer ID No: | *******4766 | | | |
| For Period Ending: | 02/24/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/10/10 | 000108 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000009, Payment 8.2% | 7100-000 | | 18.56 | 27,061.69 |
| 12/10/10 | 000109 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000010, Payment 8.2% | 7100-000 | | 101.89 | 26,959.80 |
| 12/10/10 | 000110 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000011, Payment 8.2% | 7100-000 | | 19.29 | 26,940.51 |
| 12/10/10 | 000111 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000012, Payment 8.2% | 7100-000 | | 31.53 | 26,908.98 |
| 12/10/10 | 000112 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000013, Payment 8.2% | 7100-000 | | 340.85 | 26,568.13 |
| 12/10/10 | 000113 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000014, Payment 8.2% | 7100-000 | | 74.71 | 26,493.42 |
| 12/10/10 | 000114 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000015, Payment 8.2% | 7100-000 | | 531.65 | 25,961.77 |

Page Subtotals          0.00          1,118.48

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-70853 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | SOLIS, LUIS E | | Bank Name: | BANK OF AMERICA, N.A. |
| | SOLIS, DINORAH | | Account Number / CD #: | *******3354  GENERAL CHECKING |
| Taxpayer ID No: | *******4766 | | | |
| For Period Ending: | 02/24/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/10/10 | 000115 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000016, Payment 8.2% | 7100-000 | | 65.85 | 25,895.92 |
| 12/10/10 | 000116 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000017, Payment 8.2% | 7100-000 | | 201.42 | 25,694.50 |
| 12/10/10 | 000117 | Chrysler Financial<br>PO Box 551080<br>Jacksonville, FL 32255 | Claim 000018, Payment 8.2% | 7100-000 | | 744.18 | 24,950.32 |
| 12/10/10 | 000118 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba MOHAWK/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000019, Payment 8.2% | 7100-000 | | 194.69 | 24,755.63 |
| 12/10/10 | 000119 | Joseph M. O'Callaghan<br>O'Callaghan & Colleagues, PC<br>208 W. Washington St., #3591<br>Chicago, IL 60606-3591 | Claim 000003, Payment 100.0% | 4210-000 | | 24,755.63 | 0.00 |

Page Subtotals      0.00      25,961.77

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-70853 -MLB |
| Case Name: | SOLIS, LUIS E |
| | SOLIS, DINORAH |
| Taxpayer ID No: | *******4766 |
| For Period Ending: | 02/24/11 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3354  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 52,437.64 | 52,437.64 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 52,437.64 | 0.00 | |
| | | | Subtotal | | 0.00 | 52,437.64 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 52,437.64 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********1101 | 60,052.88 | 115.24 | 0.00 |
| GENERAL CHECKING - ********3354 | 0.00 | 52,437.64 | 0.00 |
| | 60,052.88 | 52,552.88 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 17)